# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138695

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DOMINIC NARVELL NASH,
      Defendant-Appellant.

SC: 138695
COA: 290226
Oakland CC: 07-217453-FC

_____/

On order of the Court, the application for leave to appeal the March 19, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

Clerk

0615